IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALLEN JORDAN, | No. C 10-5009 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| NORTH KERN STATE PRISON; WARDEN; | (Docket No. 5) |
| Defendants / | |

This is a civil rights case brought pro se by a state prisoner incarcerated at the North Kern State Prison ("NKSP") in Delano, California. The acts complained of occurred at NKSP, and the defendants are located there. NKSP lies within the venue of the United States District Court for the Eastern District of California. Venue is proper in the Eastern District because that is where the acts complained of are alleged to have occurred and where the defendants are located. *See* 28 U.S.C. 1391.

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1406(a). The clerk shall terminate docket number 5 from this court's docket.

**IT IS SO ORDERED.**

Dated: November  29 , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\JORDAN5009.TRN.wpd